AUGUST 11, 2004

No. 04A87. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* REID. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Fourth Circuit on December 17, 2003, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the stay of execution.

AUGUST 12, 2004

No. 04–5707 (04A114). DENNIS, BY AND THROUGH BUTKO, AS NEXT FRIEND *v.* BUDGE, WARDEN, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

AUGUST 19, 2004

No. 03–1538. MAMANDUR ET UX. *v.* POWER ET AL. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.

No. 03–1694. NEW YORK LIFE INSURANCE CO. *v.* BESS. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

AUGUST 23, 2004

No. 03–1598. RECTOR AND VISITORS OF GEORGE MASON UNIVERSITY *v.* SHEPARD ET AL. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.1.